**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No.: 9:16-cv-80372-DMM

SHELLA FLEURISMA,

Plaintiff,

vs.

OCWEN LOAN SERVICING, LLC,

Defendant.
_______________________________/

**NOTICE OF SETTLEMENT**

Plaintiff, Shella Fleurisma, by and through her undersigned counsel and pursuant to the Local Rules for the Southern District of Florida, hereby notifies this Court that this matter has been resolved.

DATED this 1st day of August, 2016.

Respectfully Submitted,

**/s/ JORDAN A. SHAW**
Jordan A. Shaw, Esq. (FBN 111771)
Zebersky Payne, LLP
*Attorney for Plaintiff, Shella Fleurisma*
110 S.E. 6th Street, Suite 2150
Ft. Lauderdale, Florida 33301
Telephone: (954) 989-6333
Facsimile: (954) 989-7781
E-mail: jshaw@zpllp.com
E-mail: mperez@zpllp.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of August, 2016, I sent the foregoing via U.S. Mail and email to: Brian S. Pantaleo, Esq., LOCKE LORD LLP, 525 Okeechobee Blvd, Suite 1600, West Palm Beach, FL 33401(brian.pantaleo@lockelord.com).

**/s/ JORDAN SHAW**
Jordan Shaw, Esq.