UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 16-80372-MIDDLEBROOKS/BRANNON

SHELLA FLEURISMA,

    Plaintiff,

v.

OCWEN LOAN SERVICING, LLC, a
Foreign Limited Liability Company,

    Defendant.

_____/

**ORDER ON JOINT STIPULATION OF DISMISSAL**

THIS CAUSE comes before the Court upon the Parties' Joint Stipulation of Dismissal with Prejudice. (DE 23). The Court commends the Parties for their amicable resolution of this matter. The Court notes, however, that pursuant to *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012), the Parties' Stipulation is self-executing and no Order of the Court is required to dismiss this action. Accordingly, it is

**ORDERED** and **ADJUDGED** that the Clerk of Court shall **CLOSE** this **CASE** and **DENY** all **PENDING MOTIONS** as **MOOT**.

**DONE and ORDERED** in Chambers at West Palm Beach, Florida this ___ day of August, 2016.

                                                DONALD M. MIDDLEBROOKS
                                                UNITED STATES DISTRICT JUDGE

Copies to:    Counsel of Record